IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARION MATTHEW FORTE                                                                    PLAINTIFF

v.                                        No. 4:04CV00168 GH

CERTAINTEED ROOFING PRODUCTS GROUP, ET AL.                         DEFENDANTS

### ORDER

Plaintiff's unopposed motion (#15) for a bench trial on the breach of fiduciary claim as there is no administrative record and for a new scheduling order is hereby granted. A separate scheduling order will issue.

IT IS SO ORDERED this 13th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE